PAUL L. REIN, Esq.  (SBN 43053)
PATRICIA BARBOSA, Esq. (SBN 125865)
JULIE MCLEAN, Esq. (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001

Attorneys for Plaintiff:
JOHN MANNICK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MANNICK,<br><br>　　　Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS, and DOES 1 - 50, Inclusive,<br><br>　　　Defendants.<br>_____/ | CASE NO. C03-5905 PJH<br><u>Civil Rights</u><br><br>**STIPULATION AND (~~PROPOSED~~) ORDER TO CONTINUE PRETRIAL AND TRIAL DATES**<br><br>Trial Date: February 6, 2006<br>Time: 8:30 a.m.<br>Place: 450 Golden Gate Ave.<br>　　　　17th Floor, Courtroom 3<br>　　　　San Francisco, CA 94102<br>Judge: Hon. Phyllis J. Hamilton |

　　　Plaintiff JOHN MANNICK and defendants KAISER FOUNDATION HEALTH PLAN, INC.; and KAISER FOUNDATION HOSPITALS, by and through counsel, hereby jointly stipulate and request that the Court grant a short continuance of the scheduled pretrial and discovery deadlines and trial date of February 6, 2006, based on the following good cause:

　　　1.　Plaintiff filed his action seeking extensive renovations to defendants' facilities at the Kaiser hospital in Oakland to improve disabled access at the hospital and related facilities. At the Case Management Conference held in

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation and Order to Continue Pretrial and Trial Dates: Case No. C03-5905 PJH**　　　1

s:\pb\k\kaiser - oakland\pleading\stip to continue pretrial dates.doc

1    September 2004, the parties requested referral to Magistrate
2    Judge Wayne D. Brazil for an early settlement conference, with
3    defendants requesting a stay on discovery and plaintiff seeking
4    discovery.  The Court thereafter referred the parties to a
5    settlement conference with Magistrate Judge Brazil, but
6    directed the parties to request permission from Magistrate
7    Judge Brazil before serving any formal discovery.  When the
8    parties attended the first settlement conference, Magistrate
9    Judge Brazil requested that the parties informally exchange
10   information and urged the parties not to serve formal
11   discovery.  At Judge Brazil's urging, the parties exchanged
12   information to resolve plaintiff's claims for injunctive
13   relief, and withheld formal discovery during settlement
14   discussions.  Magistrate Judge Brazil conducted six settlement
15   conferences with the parties, which have now resulted in an
16   agreement for very significant access improvements at the
17   Kaiser Oakland Hospital complex.[1]

18       2.   The parties are now in the process of finalizing a
19   Consent Decree for approval and signature of the Court to
20   memorialize the settlement between the parties.

21       3.   The parties are now ready to begin negotiating
22   plaintiff's claims for damages and attorney fees.  Magistrate
23   Judge Brazil is willing to continue working with the parties to
24   negotiate a settlement of the monetary issues if possible, and is
25   aware of the parties' request to extend the trial and pretrial
26   dates so they can continue working with him to settle this

---

[1] The dates of the six settlement conferences were:  July 29, 2004; September 9, 2004, October 14, 2004; December 9, 2004; February 10, 2005; and May 5, 2005.

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation and Order to Continue Pretrial and Trial Dates: Case No. C03-5905 PJH**    2

s:\pb\k\kaiser - oakland\pleading\stip to continue pretrial dates.doc

matter.

4. The current cut-off for non-expert discovery is August 31, 2005, with dispositive motions having a last hearing date of October 12, 2005. If the parties are not able to resolve plaintiff's monetary claims, the parties will need time to conduct full discovery and prepare dispositive motions within the next two months. This would significantly increase the cost of the case without increasing the likelihood of settling the case at this time. At the time of the Case Management Conference with the Court, the parties were not aware that settling plaintiff's claims for injunctive relief would require six settlement conferences, multiple meeting of experts and extensive legal research to reach agreement.

5. The parties have been working diligently to resolve difficult and complex issues to arrive at an access agreement, and have withheld discovery as a good faith gesture while working with Magistrate Judge Brazil to negotiate a settlement of the access improvements. The parties therefore jointly request that the court grant a short continuance of six months for all discovery deadlines, pretrial and trial dates to allow the parties an opportunity to negotiate resolution of plaintiff's remaining monetary claims, before launching into full discovery and motion practice.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** as follows:

1) That the trial be continued from February 6, 2006, to August 7, 2006, and that all pre-trial dates, including discovery cut-off deadlines, be continued for six months from

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation and Order to Continue Pretrial and Trial Dates: Case No. C03-5905 PJH**    3

s:\pb\k\kaiser - oakland\pleading\stip to continue pretrial dates.doc

1  their current dates.

2

3  SO STIPULATED:

4

5  DATED: June 17, 2005          PAUL L. REIN
                                 PATRICIA BARBOSA
6                                JUILE MCLEAN
                                 LAW OFFICES OF PAUL L. REIN
7

8                                /s/ Julie McLean
                                 Attorneys for Plaintiff
9                                JOHN MANNICK

10
   Dated: June 17, 2005          TIMOTHY PIERCE
11                               ELLEN PAPADAKIS
                                 THELEN REID & PRIEST LLP
12

13
                                 _____
14                               /s/ Ellen Papadakis
                                 Attorneys for Defendants KAISER
15                               FOUNDATION HEALTH PLAN, INC.;
                                 KAISER FOUNDATION HOSPITALS
16

17

18
                                 **ORDER**
19
   IT IS SO ORDERED.
20
       The the trial in this matter is continued to from February
21
   6, 2006 to August 7, 2006, and all pre-trial dates, including
22
   discovery cut-off deadlines, are continued for six months from
23
   their current dates.
                         Pretrial Conference continued to July 13, 2006 at 2:30
24                       p.m.
25
   DATED: 6/22/05
26
                                                    [signature]
27                               _____
                                 HON. PHYLLIS J. HAMILTON
28                               DISTRICT JUDGE

---

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation and Order to Continue Pretrial and Trial Dates: Case No. C03-5905 PJH**          4

s:\pb\k\kaiser - oakland\pleading\stip to continue pretrial dates.doc