```
 1  Rosalyn P. Mitchell (SBN 173829)
    NIXON PEABODY LLP
 2  Two Embarcadero Center, Suite 2700
    San Francisco, CA 94111-3996
 3  Telephone: (415) 984-8200
    Facsimile: (415) 984-8300
 4
    Attorneys for Defendants
 5  KAISER PERMANENTE, KAISER FOUNDATION HEALTH PLAN, INC.
    AND KAISER FOUNDATION HOSPITALS
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MANNICK,<br><br>                Plaintiff,<br><br>    v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS, and DOES 1-50, Inclusive,<br><br>                Defendants. | No. C 03 5905 ADR PJH<br><br>**SUBSTITUTION OF ATTORNEY AND ORDER** |

**PLEASE TAKE NOTICE THAT:**

Defendants Kaiser Permanente, Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospital hereby substitute their attorney of record in this action: Rosalyn P. Mitchell and Nixon Peabody LLP in place and stead of Ellen M. Papadakis and Thelen Reid & Priest LLP.

The name, address, telephone and facsimile number of the new attorney is:

Rosalyn P. Mitchell (SBN 173829)
Nixon Peabody LLP
Two Embarcadero Center, Suite 2700
San Francisco, CA  94111
Telephone:  (415) 984-8405
Facsimile:  (415) 984-8300

| | | |
|---|---|---|
| 1 | Consent to this substitution is hereby given. | |
| 2 | DATED: September 16, 2005 | KAISER FOUNDATION HEALTH PLAN, INC. |
| 3 | | |
| 4 | | By: _/s/ Malcolm Tuffy_ |
| 5 | | Its: _Senior Counsel_ |
| 6 | | |
| 7 | Consent to this substitution is hereby given. | |
| 8 | DATED: September 16, 2005 | KAISER FOUNDATION HOSPITALS |
| 9 | | |
| 10 | | By: _/s/ Malcolm Tuffy_ |
| 11 | | Its: _Senior Counsel_ |
| 12 | Consent to the above substitution is hereby given. | |
| 13 | DATED: September ___, 2005 | THELEN REID & PRIEST LLP |
| 14 | | |
| 15 | | By:_____ |
| 16 | | Ellen M. Papadakis |
| 17 | | |
| 18 | I am duly admitted to practice in this District. | |
| 19 | DATED: September ___, 2005 | NIXON PEABODY LLP |
| 20 | | |
| 21 | | By:_____ |
| 22 | | Rosalyn P. Mitchell |

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SUBSTITUTION OF ATTORNEY                    -2-

```
 1  Consent to this substitution is hereby given.
 2  DATED: September 16, 2005                    KAISER FOUNDATION HEALTH PLAN,
                                                 INC.
 3
 4                                               By: /s/ [signature]
 5                                               Its: Senior Counsel
 6
 7  Consent to this substitution is hereby given.
 8  DATED: September 16, 2005                    KAISER FOUNDATION HOSPITALS
 9
10                                               By: /s/ [signature]
                                                 Its: Senior Counsel
11
12  Consent to the above substitution is hereby given.
13  DATED: September 19, 2005                    THELEN REID & PRIEST LLP
14
15                                               By: /s/ [signature]
                                                     Ellen M. Papadakis
16
17
18  I am duly admitted to practice in this District.
19  DATED: September ___, 2005                   NIXON PEABODY LLP
20
21                                               By: _____
                                                     Rosalyn P. Mitchell
22
23
24
25
26
27
28
    SUBSTITUTION OF ATTORNEY                     -2-
```

| | |
|---|---|
| 1 | |
| 2 | Consent to this substitution is hereby given. |
| 3 | DATED: September ____, 2005     KAISER FOUNDATION HEALTH PLAN, INC. |
| 4 | |
| 5 | By: _____ |
| 6 | Its: _____ |
| 7 | Consent to this substitution is hereby given. |
| 8 | DATED: September ____, 2005     KAISER FOUNDATION HOSPITALS |
| 9 | |
| 10 | By: _____ |
| 11 | Its: _____ |
| 12 | Consent to the above substitution is hereby given. |
| 13 | DATED: September ___, 2005     THELEN REID & PRIEST LLP |
| 14 | |
| 15 | By: _____ |
| 16 | Ellen M. Papadakis |
| 17 | |
| 18 | I am duly admitted to practice in this District. |
| 19 | DATED: September 19, 2005     NIXON PEABODY LLP |
| 20 | |
| 21 | By: *[signature]* |
| 22 | Rosalyn P. Mitchell |

SUBSTITUTION OF ATTORNEY     -2-

# PROOF OF SERVICE

**CASE NAME:** JOHN MANNICK V. KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS
**COURT:** United States District Court, Northern District of California
**CASE NO.:** C 03 5905 ADR PJH

I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my business address is Two Embarcadero Center, Suite 2700, San Francisco, CA 94111-3996. On September 19, 2005, I served the following document(s):

## SUBSTITUTION OF ATTORNEY

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

__X__ : By First-Class Mail — I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence is deposited with the United States Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in San Francisco, California, for mailing to the office of the addressee following ordinary business practices.

____ : By Personal Service — I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee.

____ : By Overnight Courier — I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

____ : By Facsimile — From facsimile number at A.M./P.M., I caused each such document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

**Addressee(s)**

Paul L. Rein, Esq.
Patricia Barbosa, Esq.
Julie McLean, Esq.
Law Offices of Paul L. Rein
200 Lakeside Drive, Suite A
Oakland, CA 94612

Ellen M. Papadakis, Esq.
Thelen Reid & Priest LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3601

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 19, 2005 at San Francisco, California.

*Julie Negline*
Julie Negline

PROOF OF SERVICE

509085.1