```
 1  PAUL L. REIN, Esq.  (SBN 43053)
    PATRICIA BARBOSA, Esq.  (SBN 125865)
 2  JULIE MCLEAN, Esq. (SBN 215202)
    LAW OFFICES OF PAUL L. REIN
 3  200 Lakeside Dr., Suite A
    Oakland, CA 94612
 4  (510) 832-5001

 5  Attorneys for Plaintiff
    JOHN MANNICK
 6

 7  ROSALYN P. MITCHELL, Esq. (SBN 173829)
    JANELLE M. SMITH (SBN 231801)
 8  NIXON PEABODY LLP
    Two Embarcadero Center, Suite 2700
 9  San Francisco, CA 94111
    (415) 984-8200
10
    Attorneys for Defendants
11  KAISER FOUNDATION HEALTH PLAN, INC.;
    KAISER FOUNDATION HOSPITALS
12

13
                    UNITED STATES DISTRICT COURT
14                  NORTHERN DISTRICT OF CALIFORNIA

15

16  JOHN MANNICK                    Case No. C03-05905 PJH

17       Plaintiff,                 Civil Rights

18                                  STIPULATION AND [PROPOSED] ORDER TO
    v.                              CONTINUE HEARING DATE ON
19                                  DEFENDANTS' MOTION TO AMEND ANSWER
                                    AND MOTION TO COMPEL ARBITRATION
20  KAISER FOUNDATION HEALTH
    PLAN, INC.; KAISER
21  FOUNDATION HOSPITALS; and       Pursuant to Local Rule 6-2
    DOES 1-50, Inclusive,
22
         Defendants.
23

24  _____/

25

26       Plaintiff JOHN MANNICK and defendants KAISER

27  FOUNDATION HEALTH PLAN, INC. and KAISER FOUNDATION HOSPITALS;

28  through their attorneys of record, jointly request and
```

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation and Order to Continue Hearing on
Defendants' Motions: Case No. C03-05905 PJH                                   1

10/20/2005  15:33    5108324787              LAW OFFICE PAUL REIN                PAGE  03/05

stipulate, pursuant to plaintiff's request, that the Court continue the currently scheduled hearing on defendants' two motions, a Motion to Amend Answer and a Motion to Compel Arbitration, from the current date of November 16, 2005, to December 14, 2005. Plaintiff's opposition would be filed (and hand-delivered to defense counsel) no later than November 17, 2005, and defendants' reply would be filed and served no later than December 7, 2005.

        Good cause exists for the continuance:

        1.  Defendants filed and served their Motion to Amend Answer and their Motion to Compel Arbitration on October 7, 2005. The two motions were both noticed for hearing on November 16, 2005.

        2.  Lead counsel for plaintiff, Attorney Patricia Barbosa, is traveling out of the United States, in Europe, for the entire month of October and will not return until November 2, 2005. Ms. Barbosa's participation is necessary for preparing the Opposition to defendants' motions, as well as in preparing declarations on factual issues raised by defendants regarding the history of litigation. Ms. Barbosa is the only person who can testify as to many of the details of the litigation history in the case, especially in response to two declarations by Kaiser's previous attorney, Ellen Papadakis of Thelen Reid and Priest, because Ms. Barbosa has been the lead counsel for plaintiff since the complaint was filed on December 31, 2003.

        3.  Plaintiff will be prejudiced if forced to file a response to defendants' motions by the currently scheduled

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation and Order to Continue Hearing on
Defendants' Motions: Case No. C03-05905 PJH     2

1  opposition deadline of October 26, 2005, without the
2  participation of his lead counsel.
3          4.  At defendants' request, as a condition of their
4  agreeing to the continuance, plaintiff agrees not to file any
5  motions with the Court of any nature until after Kaiser's
6  pending motions are heard by the court.
7          5.  No party, nor the public interest, will suffer
8  any prejudice by the requested continuance of the hearing on
9  defendants' motions.
10         Therefore, the parties now hereby request that the
11 hearing on defendants' Motion to Amend Answer and Motion to
12 Compel Arbitration, currently scheduled for November 16, 2005,
13 be continued to December 14, 2005.  Plaintiff's opposition to
14 each motion will be filed (and hand-delivered to defendants) no
15 later than November 17, 2005.  Defendants' reply on each motion
16 will be filed no later than December 7, 2005.
17
18 RESPECTFULLY SUBMITTED,
19 Dated: October 20, 2005        PAUL L. REIN
                                  PATRICIA BARBOSA
20                                JULIE MCLEAN
                                  LAW OFFICES OF PAUL L. REIN
21
22                                _____
                                  /s/ Julie McLean
23                                Attorneys for Plaintiff
                                  JOHN MANNICK
24 Dated: October 20, 2005        ROSALYN P. MITCHELL
                                  JANELLE M. SMITH
25                                NIXON PEABODY LLP
26
                                  _____
27                                Attorneys for Defendant
                                  KAISER FOUNDATION HEALTH PLAN,
28                                INC.; KAISER FOUNDATION HOSPITALS

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation and Order to Continue Hearing on
Defendants' Motions: Case No. C03-05905 PJH                                 3

## ORDER

Pursuant to Stipulation, and for good cause shown, IT IS HEREBY ORDERED that the hearing on Defendants' Motion to Amend their Answer and Motion to Compel Arbitration is continued to December 14, 2005 at 9:00 a.m. Plaintiff's opposition to each motion shall be filed and hand-delivered to defendants no later than November ~~17~~ 16, 2005. Defendants' reply on each motion shall be filed no later than ~~December 7~~ November 30, 2005.

Dated: _____

Hon. Phyllis J. Hamilton
U.S. District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation and Order to Continue Hearing on
Defendants' Motions: Case No. C03-05905 PJH                                    4