UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN MANNICK,

       Plaintiff,                                  No. C 03-5905 PJH

       v.                                        **ORDER**

KAISER FOUNDATION HEALTH PLAN, INC., et al.,

       Defendant.

_____/

       The court is in receipt of a letter from plaintiff's counsel, stating that defendants have failed to comply with the provision of the September 20, 2005, consent decree requiring completion of a fully accessible patient room by December 31, 2005. Plaintiff's counsel also claims that defendants' counsel have not responded to plaintiff's counsel's most recent (February 8, 2005) request for information concerning whether the accessible patient room had been completed. Plaintiff's counsel requests guidance with regard to obtaining enforcement of the consent decree.

       The parties are hereby ORDERED to meet and confer, no later than March 7, 2006, and to file a joint written statement no later than March 10, 2006, setting forth their respective positions with regard to this dispute.

**IT IS SO ORDERED.**

Dated: February 21, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge