United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN MANNICK,

    Plaintiff,

    v.

KAISER FOUNDATION HEALTH PLAN, INC., et al.,

    Defendant.
_____/

No. C 03-5905 PJH

**ORDER CONTINUING DISPOSITIVE MOTIONS HEARING DATE**

    Plaintiff's request to continue the dispositive motions hearing date is GRANTED as follows: The last date for hearing dispositive motions shall be May 17, 2006.

**IT IS SO ORDERED.**

Dated: February 21, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge