UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHH MANNICK,

    Plaintiff,

    v.

KAISER FOUNDATION HEALTH PLAN, INC., et al.,

    Defendants.

_____/

No. C 03-5905 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of plaintiff's motion to compel discovery regarding defendants' overall financial resources, motion for order shortening time on motion to compel, and for any further discovery disputes. If plaintiff's motion to compel is granted, the Magistrate Judge shall also make a recommendation regarding the motion to extend the discovery cut-off date and motion to extend the expert disclosure deadline.

The parties will be advised of the date, time, and place of appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: February 21, 2006

                                            _____
                                            PHYLLIS J. HAMILTON
                                            United States District Judge