```
 1  LAW OFFICES OF PAUL L. REIN
    Paul L. Rein (State Bar No. 43053)
 2  Patricia Barbosa (State Bar No. 125865)
    Julie McLean (State Bar No. 215202)
 3  200 Lakeside Drive, Suite A
    Oakland, CA 94612
 4  Telephone: (510) 832-5001
    Facsimile: (510) 832-4787
 5
    Attorney for Plaintiff:
 6  JOHN MANNICK

 7  NIXON PEABODY LLP
    Rosalyn Mitchell (State Bar No. 173829)
 8  Laura Chapman (State Bar No. 167249)
    Two Embarcadero Center, Suite 2700
 9  San Francisco, CA 94111-3996
    Telephone:  (415)
10  Facsimile:  (415) 984-8300

11  SEYFARTH SHAW LLP
    Janine Simerly  (State Bar No. 102361)
12  Kari Erickson Levine (State Bar No. 146101)
    560 Mission Street, Suite 3100
13  San Francisco, California 94105
    Telephone: (415) 397-2823
14  Facsimile: (415) 397-8549

15  Attorneys for Defendants:
    KAISER FOUNDATION HEALTH PLAN, INC. and
16  KAISER FOUNDATION HOSPITALS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MANNICK,<br><br>      Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS; and DOES 1 through 50, Inclusive,<br><br>      Defendants. | Case No. C03-5905 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF DATE FOR DISCOVERY CUT-OFF FOR DEPOSITIONS, EXPERT DISCLOSURES AND EXPERT DISCOVERY** |

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF DATE FOR DISCOVERY CUT-OFF FOR DEPOSITIONS, EXPERT DISCLOSURES AND EXPERT DISCOVERY           CASE NO. C03-5905 PJH

SF1 28231566.1

Pursuant to Northern District Local Rules 6-1(b) and 6-2, Plaintiff JOHN MANNICK, by and through his attorneys of record, LAW OFFICES OF PAUL L. REIN and Defendants KAISER FOUNDATION HEALTH PLAN, INC. and KAISER FOUNDATION HOSPITALS, by and through their attorneys of record, have met and conferred regarding extension of the date for expert disclosures, expert discovery and for non-expert depositions, limited to 10 for plaintiff and 10 for defendants. Good cause exists for the extensions set forth below for the following reasons:

1. On February 14, 2006, Seyfarth Shaw LLP associated into the action as Trial Counsel and will be filing a Substitution shortly.

2. The parties anticipate that resolution of plaintiff's pending motion to compel financial information will have significant implications regarding the discovery anticipated by the parties and the parties do not wish to conduct discovery which may be rendered unnecessary.

3. The parties desire to avoid unnecessary motions regarding the timing of documents produced for purposes of expert and fact witness depositions as well as dispositive motions.

4. The proposed changes to the discovery and dispositive motion plan do not alter the August 7, 2006 trial date. The parties agree that these changes will not be raised as a basis for any subsequent request for a trial continuance.

IT IS HEREBY STIPULATED BY THE PARTIES that the following changes shall be made to the discovery deadline dates:

| | | |
|---|---|---|
| 1. | Expert Witness Disclosures: | Three weeks after entry of Order on Plaintiff's Motion to Compel Financial Information |
| 2. | Depositions of Non-Expert Witnesses: | Four weeks after entry of Order on Plaintiff's Motion to Compel Financial Information (limited to 10 per side) |
| 3. | Expert Discovery: | Eight weeks after entry of Order on Plaintiff's Motion to Compel Financial Information |

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF DATE FOR DISCOVERY CUT-OFF FOR DEPOSITIONS, EXPERT DISCLOSURES AND EXPERT DISCOVERY          CASE NO. C03-5905 PJH

SF1 28231566.1

The above changes to the parties' discovery and dispositive motion plan do not alter the August 7, 2006 trial date and the parties agree that these changes will not be raised as a basis for any subsequent request for a trial continuance.

DATED: February 22, 2006

SEYFARTH SHAW LLP

By_____
KARI ERICKSON LEVINE
Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC. and
KAISER FOUNDATION HOSPITALS

DATED: February 22, 2006

LAW OFFICES OF PAUL L. REIN

By_____
JULIE MCLEAN
Attorneys for Plaintiff
JOHN MANNICK

## ORDER

The Stipulation of the parties adopting changes to the discovery and dispositive motion plan as set forth in the foregoing Stipulation is hereby accepted by the Court as part of its Case Management Order and the parties are ordered to comply with this Order.

Dated: 2/23/06

_____
Hon. Phyllis J. Hamilton
Judge of the U.S. District Court

SF1 28231281.2

DISPOSITIVE MOTIONS DATE REMAINS 5/17/06
TRIAL DATE REMAINS 8/7/06

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF DATE FOR DISCOVERY CUT-OFF FOR DEPOSITIONS, EXPERT DISCLOSURES AND EXPERT DISCOVERY                    CASE NO. C03-5905 PJH

SF1 28231566.1