1   Rosalyn P. Mitchell (SBN 173829)
    Janelle M. Smith (SBN 231801)
2   NIXON PEABODY LLP
    Two Embarcadero Center, Suite 2700
3   San Francisco, CA 94111-3996
    Telephone: (415) 984-8200
4   Facsimile: (415) 984-8300

5   Attorneys for Defendants
    KAISER FOUNDATION HEALTH PLAN, INC.
6   AND KAISER FOUNDATION HOSPITALS

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  JOHN MANNICK,                         No. C 03 5905 PJH

12                    Plaintiff,          **SUBSTITUTION OF ATTORNEY**

13       vs.
                                          Date Action Filed:  December 31, 2003
14  KAISER FOUNDATION HEALTH PLAN,        Trial Date: August 7, 2006
    INC., et al.,
15
                      Defendants.
16

17

18       Defendants KAISER FOUNDATION HEALTH PLAN, INC. and KAISER FOUNDATION

19  HOSPITALS hereby substitutes Janine S. Simerly and Kari Erickson Levine, Seyfarth Shaw, LLP,

20  560 Mission Street, Suite 3100, San Francisco, CA 94105, (415) 544-1078, in place of Rosalyn P.

21  Mitchell, Esq., Nixon Peabody LLP, as its counsel of record in this action.

22  DATED: February /5, 2006

23

24

25  _____
    KAISER FOUNDATION HEALTH PLAN, INC.
26
    _____
27  KAISER FOUNDATION HOSPITALS

28

SUBSTITUTION OF ATTORNEY - NO. C 03 5905 PJH                                    SS27728.1

1

2

3
The undersigned consents to the substitution.

4

5
DATED: February 15, 2006

6
Rosalyn P. Mitchell

7
Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC. AND

8
KAISER FOUNDATION HOSPITALS

9
The undersigned agrees to the substitution.

10

11

12
DATED:  February 15 , 2006

13
Janine S. Simerly
Kari Erickson Levine

14
Seyfarth Shaw, LLP

15

16

17

18

19

20

21

22

23

24

25

26

27

28



IT IS SO ORDERED

Judge Phyllis J. Hamilton

1

**CERTIFICATE OF SERVICE**

2

**CASE NAME:**     **JOHN MANNICK V. KAISER FOUNDATION HEALTH PLAN, INC.;**
                          **KAISER FOUNDATION HOSPITALS**

3

**COURT:**          **United States District Court, Northern District of California**
**CASE NO.:**        **C 03 5905 PJH**

4

**NP FILE NO.:**     **039711-000003**

5

      I, the undersigned, certify that I am employed in the City and County of San Francisco, California; that I am over the age of eighteen years and not a party to the within action; and that my

6

business address is Two Embarcadero Center, Suite 2700, San Francisco, CA 94111-3996. On this date, I served the following document(s):

7

8

**SUBSTITUTION OF ATTORNEY**

9

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

10

   **X**  : **By Facsimile** - From facsimile number (415) 984-8300 before 5:00 P.M., I caused each such

11

document to be transmitted by facsimile machine, to the parties and numbers listed below, pursuant to Rule 2008. The facsimile machine I used complied with Rule 2003(3) and no error was reported by

12

the machine.  Pursuant to Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration.

13

   **X**  : **By Electronic Delivery** - I caused each such electronic copy to be sent from the offices of

14

Nixon Peabody, San Francisco, California to the electronic mailing address of the addressee(s).

15

**Addressee(s)**

16

**Via Electronic Delivery**                 Telephone: (510) 832-5001
                                       Facsimile:  (510) 832-4787

17

Julie McLean, Esq.
Law Offices of Paul L. Rein

18

200 Lakeside Drive, Suite A
Oakland, CA 94612

19

Email: juliemclean@reinlawoffice.com

20

**Via Fax**
                                Telephone: (415) 544-1078

21

                                   Facsimile:  (415) 397-2823
Janine S. Simerly, Esq.
Kari Erickson Levine, Esq.

22

Seyfarth Shaw, LLP
560 Mission Street, Suite 3100

23

San Francisco, CA 94105

24

      I declare under penalty of perjury that the foregoing is true and correct. Executed on February 16, 2006, at San Francisco, California.

25

26

                               *Sandra Bush*
                               Sandra Bush

27

28

PROOF OF SERVICE                                                                     S527506.3