UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MANNICK, | No. C-03-5905 PJH (JCS) |
| Plaintiff(s), | **NOTICE OF REFERENCE:** |
| v. | **ORDER TO MEET AND CONFER** |
| KAISER FOUNDATION HEALTH PLAN, INC., ET AL., | **(E-FILING CASE)** |
| Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Magistrate Judge Joseph C. Spero for all discovery matters.

Plaintiff's Motion to Shorten Time (the "Motion to Shorten Time"), Motion to Compel Discovery Regarding Defendants' Overall Financial Resources (the "Motion to Compel") and Motion to Extend Discovery Deadline, Expert Disclosure Deadline, and Dispositive Motion Deadline (the "Motion to Extend Deadlines") have been filed with this Court.

The Motion to Extend Deadlines is DENIED as moot pursuant to the Stipulation and Order Regarding Extension of Date for Discovery Cut-Off for Depositions, Expert Disclosures and Expert Discovery (Docket No. 81) filed on February 23, 2006, and the Order Continuing Dispositive Motions Hearing Date (Docket No. 78) signed by Judge Phyllis Hamilton on February 21, 2006.

It appears that counsel have not made adequate efforts resolve the Motion to Compel without the need for Court intervention. Accordingly, IT IS HEREBY ORDERED that lead trial counsel for Plaintiff and lead trial counsel for Defendants shall meet and confer **in person** on **March 9, 2006, at 9:30 a.m.**, regarding the subject matter of the Motion to Compel in an effort to resolve the matter(s). The meeting shall take place in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate

Avenue, San Francisco, California. Within two (2) business days of the lead trial counsels' meet-and-confer session, the parties shall provide a detailed Joint Letter to the Court. This Joint Letter shall include a description of every issue in dispute and, with respect to each such issue, a detailed summary of each party's final substantive position and its final proposed compromise on each issue. After reviewing the Joint Letter, the Court will determine what additional briefing and/or hearings, if any, are necessary.

## LAW AND MOTION HEARING PROCEDURES

Civil law and motion is heard on Friday mornings, at 9:30 a.m., Courtroom A, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102.

Motions to compel may be noticed without reserving a hearing date, subject to the Court's availability.

Discovery motions may be addressed to the Court in three ways. A motion may be noticed on not less than 35 days notice pursuant to Civil L. R. 7-2. Alternatively, any party may seek an order shortening time under Civil L. R. 6-3 if the circumstances justify that relief. In emergencies during discovery events, the Court is available pursuant to Civil L. R. 37-1(b). In the event a discovery dispute arises, counsel for the party seeking discovery shall in good faith confer **in person** with counsel for the party failing to make the discovery in an effort to resolve the dispute without court action, as required by Fed. R. Civ. P. 37 and Civil L. R. 37-1(a). The meeting must be **in person**, except where good cause is shown why a telephone meeting is adequate. A declaration setting forth these meet and confer efforts, and the final positions of each party, shall be included in the moving papers. The Court will not consider discovery motions unless the moving party has complied with Fed. R. Civ. P. 37 and Civil L. R. 37-1(a).

**A party or counsel has a continuing duty to supplement the initial disclosure when required under Federal Rule of Civil Procedure 26(e)(1).**

Law and motion matters may be submitted without argument upon stipulation of the parties and notification of the Court no later than 4:30 p.m. the day before the hearing. Pursuant to Civil L. R. 7-7(e), filed motions may be withdrawn without leave of the Court, within seven (7) days of the date for service of the opposition. Thereafter, leave of the Court must be sought.

**ELECTRONIC FILING AND COURTESY COPIES**

Please refer to Civil L. R. 5-4 and General Order No. 45 for the Northern District of California for information relating to electronic filing procedures and requirements.  All documents shall be filed in compliance with the Civil Local Rules.  Documents not filed in compliance with those rules will not be considered by the Court.

BEFORE NOON ON THE NEXT BUSINESS DAY FOLLOWING THE ELECTRONIC FILING, THE PARTIES ARE REQUIRED TO LODGE DIRECTLY WITH CHAMBERS ONE **PAPER** COPY OF EACH DOCUMENT, WHICH IS TO BE DESIGNATED "JCS'S CHAMBERS' COPY."  All filings of documents relating to motions referred to Magistrate Judge Spero shall list the civil case number and the district court judge's initials followed by the designation "(JCS)".

**The failure of counsel or a party to abide by this Order may result in sanctions pursuant to Federal Rule of Civil Procedure 16(f).**

IT IS SO ORDERED.

Dated:  March 6, 2006

JOSEPH C. SPERO
United States Magistrate Judge