UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN MANNICK,                                        No. C-03-5905 PJH (JCS)

         Plaintiff(s),

    v.                                               **SUPPLEMENTAL ORDER
RE JOINT LETTER**

KAISER FOUNDATION HEALTH PLAN,
INC., ET AL.,                                        (E-FILING CASE)

        Defendant(s).
_____/

      On March 9, 2006, lead trial counsel for each side met and conferred regarding the discovery requests at issue in Plaintiff's Motion to Compel Discovery Regarding Defendants' Overall Financial Resources.

      The Court previously ordered counsel to file a detailed Joint Letter within two (2) business days of the meet-and-confer session. **The Joint Letter shall now be due no later than the close of business on March 16, 2006.**

      The Joint Letter must include a description of every issue in dispute and, with respect to each such issue, a detailed summary of each party's final substantive position and its final proposed compromise on each issue. After reviewing the Joint Letter, the Court will determine what additional briefing and/or hearings, if any, are necessary.

      IT IS SO ORDERED.

Dated: March 10, 2006

                                          _____
                                          JOSEPH C. SPERO
                                          United States Magistrate Judge

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28