1

2

3

4                                    UNITED STATES DISTRICT COURT

5                                   NORTHERN DISTRICT OF CALIFORNIA

6

7    JOHN MANNICK,                                      No. C-03-5905 PJH (JCS)

8              Plaintiff(s),

                                                        **ORDER GRANTING IN PART AND**
9         v.                                            **DENYING IN PART PLAINTIFF'S**
                                                        **MOTION TO COMPEL**
10   KAISER FOUNDATION HEALTH PLAN,
     INC., ET AL.,                                              (E-FILING CASE)
11
               Defendant(s).
12   _____/

13        Plaintiff filed a Motion to Compel Discovery Regarding Defendants' Overall Financial

14   Resources (the "Motion").  The Motion came on for hearing on March 24, 2006, at 1:30 p.m.  Paul

15   Rein appeared for the Plaintiff; Kari Erickson Levine appeared for Defendants.  Having reviewed the

16   papers in the matter and heard the arguments of counsel, good cause appearing, and for the reasons

17   stated on the record, IT IS HEREBY ORDERED that the Motion is GRANTED IN PART and

18   DENIED IN PART as follows:

19        1.   Not later than March 31, 2006, Defendants shall produce the following documents:

20             a.   All annual Form 990's filed separately with the Internal Revenue Service for

21   Kaiser Foundation Health Plan ("KFHP") and for Kaiser Foundation Hospitals ("KFH"), to the

22   extent they exist, for the period 1990 to the present.

23             b.   All annual statements filed by KFHP with the Department of Managed Health

24   Care in California, to the extent they exist, for the period 1990 to the present.

25             c.   All financial information filed by KFHP and KFH with the California

26   Department of Corporations, to the extent it exists, for the period 1990 to the present.

27             d.   All audited financial statements for KFHP and KFH., to the extent they exist,

28   for the period 1990 to the present.

United States District Court

For the Northern District of California

**United States District Court**
For the Northern District of California

e.    All documents establishing the budget and performance-to-budget for the facility at issue in this matter for the period 1990 to the present, to the extent that such budget documents exist.

f.    Documents showing capital expenditures made for the facility at issue in this matter for the period 1970 to the present, to the extent they exist.

2.    The parties are ordered to meet and confer regarding a confidentiality order.  The confidentiality order shall require that the internal financial documents of the defendants be treated as confidential.  The remainder of the documents ordered produced by this Order shall not be subject to the confidentiality order.  Until such time as the parties agree on a form of confidentiality order that is signed by the Court, internal financial documents ordered produced by this Order shall be subject to the following disclosure limitation: they shall not be disclosed to anyone other than counsel of record for both sides, the parties, and the parties' experts and consultants, or to the Court.

3.    **Not later than April 7, 2006**, Defendants shall produce for deposition, pursuant to Federal Rule of Civil Procedure section 30(b)(6), a person knowledgeable regarding Defendants' overall financial resources pursuant to the standards of section 301(9) of the ADA (42 U.S.C. Section 12181(9)) and of any parent or subsidiary corporation of each such defendant, commencing from July 26, 1990, to evaluate whether or not Defendants failed to comply with "readily achievable" barrier removal of each of the barriers identified by Plaintiff at the subject facilities, including the public parking, paths of travel, and hospital facilities.

IT IS SO ORDERED.

Dated: March 28, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge