1  LAW OFFICES OF PAUL L. REIN
   Paul L. Rein (State Bar No. 43053)
2  Patricia Barbosa (State Bar No. 125865)
   Julie McLean (State Bar No. 215202)
3  200 Lakeside Drive, Suite A
   Oakland, CA 94612
4  Telephone: (510) 832-5001
   Facsimile: (510) 832-4787
5
   GWILLIAM IVARY CHIOSSO CAVALLI & BREWER
6  J. Gary Gwilliam (State Bar No. 33430)
   1999 Harrison St., Suite 1600
7  Oakland, CA 94612
   Telephone: (510) 832-5411
8  Facsimile: (510) 832-1918

9  Attorneys for Plaintiff:
   JOHN MANNICK
10
   SEYFARTH SHAW LLP
11 Janine Simerly (State Bar No. 102361)
   Kari Erickson Levine (State Bar No. 146101)
12 560 Mission Street, Suite 3100
   San Francisco, California 94105
13 Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
14
   Attorneys for Defendants:
15 KAISER FOUNDATION HEALTH PLAN, INC. and
   KAISER FOUNDATION HOSPITALS

16
                    UNITED STATES DISTRICT COURT
17
                    NORTHERN DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| JOHN MANNICK | Case No. C03-5905 PJH |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER REGARDING EXTENSION OF DATE FOR DISCOVERY CUT-OFF FOR PERSON MOST KNOWLEDGEABLE DEPOSITIONS, EXPERT DISCLOSURES, EXPERT DISCOVERY, AND DISPOSITIVE MOTION HEARING DATE |
| v. | |
| KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS; and DOES 1 through 50, Inclusive, | |
| Defendants. | |

1

Stipulation Regarding Extension Of Date For Discovery Cut-Off For PMK Depositions, Expert Disclosures, Expert
Discovery, And Dispositive Motion Hearing Date                                          CASE NO. C03-5905 PJH

SF1 28234497.1

Pursuant to Northern District Local Rules 6-1(b) and 6-2, Plaintiff JOHN MANNICK, by and through his attorneys of record, and Defendants KAISER FOUNDATION HEALTH PLAN, INC. and KAISER FOUNDATION HOSPITALS, by and through their attorneys of record, have met and conferred regarding extension of the date for expert disclosures, expert discovery and for depositions of "person most knowledgeable" witnesses, as well as the dispositive motion hearing date. Good cause exists for the extensions set forth below for the following reasons:

1. On March 27, 2006, GWILLIAM IVARY CHIOSSO CAVALLI & BREWER associated into the action as co-counsel for plaintiff.

2. On March 28, 2006, Magistrate Judge Joseph C. Spero issued an Order regarding plaintiff's motion to compel financial documents and a financial "person most knowledgeable" deposition. Defendants will shortly be providing financial documents pursuant to the Court's Order.

3. The parties have met and conferred regarding defendants' production of other documents which were requested by plaintiff in his Request for Production of Documents. Defendants are in the process of gathering and providing construction records and other documents, and the parties hope to avoid unnecessary motions to compel regarding these discovery requests. It may take several weeks for defendants to gather and produce all relevant construction documents for the hospital tower and Howe Street parking structure at issue (dating back to 1970, if they exist).

4. The parties cannot conduct meaningful "Person Most Knowledgeable" depositions until after the requested documents have been produced and reviewed by plaintiff's counsel and/or experts. The parties also cannot obtain expert reports and disclose experts until the experts have had a chance to review the materials upon which their opinions will be based. The parties also cannot prepare and file motions for summary adjudication until this discovery has been completed.

2

Stipulation Regarding Extension Of Date For Discovery Cut-Off For PMK Depositions, Expert Disclosures, Expert Discovery, And Dispositive Motion Hearing Date  CASE NO. C03-5905 PJH

SF1 28234497.1

1     5.     The proposed changes to the discovery and dispositive motion plan do not alter the August 7, 2006 trial date. The parties agree that the proposed changed discovery dates will not be raised as a basis for any subsequent request for a trial continuance.

IT IS HEREBY STIPULATED BY THE PARTIES that the following changes shall be made to the discovery deadline dates:

| | | |
|---|---|---|
| 1. | Expert Witness Disclosures: | May 5, 2006 |
| 2. | Non-Expert Discovery cut-off: | May 5, 2006 |
| 3. | Expert Discovery: | May 29, 2006 |
| 4. | Last Hearing Date for Dispositive Motions: | May 31, 2006 |

The above changes to the parties' discovery and dispositive motion plan do not alter the August 7, 2006 trial date and the parties agree that the proposed changed dates in discovery will not be raised as a basis for any subsequent request for a trial continuance.

DATED:

SEYFARTH SHAW LLP

By_____
KARI ERICKSON LEVINE
Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC. and
KAISER FOUNDATION HOSPITALS

DATED: 4/5/06

LAW OFFICES OF PAUL L. REIN

By_____
JULIE MCLEAN
Attorneys for Plaintiff
JOHN MANNICK

3

Stipulation Regarding Extension Of Date For Discovery Cut-Off For PMK Depositions, Expert Disclosures, Expert Discovery, And Dispositive Motion Hearing Date     CASE NO. C03-5905 PJH

SF1 28234497.1

## ORDER

The Stipulation of the parties adopting changes to the discovery and dispositive motion plan as set forth in the foregoing Stipulation is hereby accepted by the Court as part of its Case Management Order and the parties are ordered to comply with this Order.

Dated: 4/10/06

TRIAL DATE REMAINS 8/7/06 FOR NOW.

Hon. Phy[llis J. Hamilton]
Judge of the [United States District] Court



IT IS SO ORDERED
Judge Phyllis J. Hamilton

4
Stipulation Regarding Extension Of Date For Discovery Cut-Off For PMK Depositions, Expert Disclosures, Expert Discovery, And Dispositive Motion Hearing Date                          CASE NO. C03-5905 PJH

SF1 28234497.1