1  LAW OFFICES OF PAUL L. REIN
   Paul L. Rein (State Bar No. 43053)
2  Patricia Barbosa (State Bar No. 125865)
   Julie McLean (State Bar No. 215202)
3  200 Lakeside Drive, Suite A
   Oakland, CA 94612
4  Telephone: (510) 832-5001
   Facsimile: (510) 832-4787
5
   GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
6  J. Gary Gwilliam (State Bar No. 33430)
   Kerri A. Jaffe (State Bar No. 239667)
7  19999 Harrison Street, Suite 1600
   Oakland, CA 94612-3528
8  Telephone: (510) 832-5411
   Facsimile: (510) 832-1918
9
   Attorney for Plaintiff:
10 JOHN MANNICK

11 SEYFARTH SHAW LLP
   Janine Simerly (State Bar No. 102361)
12 Kari Erickson Levine (State Bar No. 146101)
   560 Mission Street, Suite 3100
13 San Francisco, California 94105
   Telephone: (415) 397-2823
14 Facsimile: (415) 397-8549

15 Attorneys for Defendants:
   KAISER FOUNDATION HEALTH PLAN, INC. and
16 KAISER FOUNDATION HOSPITALS

17                      UNITED STATES DISTRICT COURT

18                     NORTHERN DISTRICT OF CALIFORNIA

19 JOHN MANNICK                          ) Case No. C03-5905 PJH
                                         )
20         Plaintiff,                    ) **STIPULATION AND [PROPOSED]**
                                         ) **ORDER REGARDING EXTENSION OF**
21    v.                                 ) **DATE FOR NON-EXPERT**
                                         ) **DEPOSITIONS, EXPERT**
22 KAISER FOUNDATION HEALTH PLAN,        ) **DISCLOSURES AND EXPERT**
   INC.; KAISER FOUNDATION HOSPITALS;    ) **DEPOSITIONS**
23 and DOES 1 through 50, Inclusive,     )
                                         )
24                                       )
           Defendants.                   )
25                                       )
                                         )
26 _____ )

27                                       1
28 STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF DATE FOR NON-EXPERT DEPOSITIONS, EXPERT
   DISCLOSURES AND EXPERT DEPOSITIONS                                CASE NO. C03-5905 PJH

   SF1 28236722.1

Pursuant to Northern District Local Rules 6-1(b) and 6-2, Plaintiff JOHN MANNICK, by and through his attorneys of record, LAW OFFICES OF PAUL L. REIN and GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER and Defendants KAISER FOUNDATION HEALTH PLAN, INC. and KAISER FOUNDATION HOSPITALS, by and through their attorneys of record, have met and conferred regarding an extension of the date for expert disclosures, expert discovery and for non-expert depositions.

Good cause exists for the extensions set forth below for the following reasons:

1.  The parties have been working diligently to make sure all necessary documents are produced in advance of depositions. The parties have engaged in negotiations regarding the production of documents related to the construction and alteration history of the Kaiser Oakland Hospital. During the week of April 17, 2006, Defense counsel's paralegal accompanied Plaintiff's counsel's consultant and paralegal to view records at a storage facility and Kaiser National Facility Services in San Leandro. Plaintiff requires additional time to review and copy documents from these locations.

2.  On April 18, 2006, Defendants served their Supplemental Initial Disclosures in which they provided names of twenty-nine (29) witnesses not previously identified in Defendants' Initial Disclosures, and ten (10) witnesses who have information relevant to the issue of implementation of policies with reference to transfer offers and follow-up for wheelchair patients admitted to Kaiser Oakland since 12/09/05. Defendants agree that they will not hold Plaintiff to the federal 10 deposition limit, and will not object on that basis if plaintiff serves proper deposition notices/subpoenas for all of the witnesses identified by Defendants in their Supplemental Initial Disclosures.

3.  The parties desire to avoid unnecessary motions regarding the timing of expert and fact witness depositions, expert disclosures and the timing of Defendants Supplemental Initial Disclosures in relationship to the former non-expert deposition cut-off date of May 5, 2006.

2

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF DATE FOR NON-EXPERT DEPOSITIONS, EXPERT DISCLOSURES AND EXPERT DEPOSITIONS                                    CASE NO. C03-5905 PJH

SF1 28236722.1

   4.   The proposed changes to the discovery and dispositive motion plan do not alter the August 7, 2006 trial date. The parties agree that these changes will not be raised as a basis for any subsequent request for a trial continuance.

   5.   By entering this stipulation, neither party waives the right to bring a motion regarding any discovery issue deemed appropriate or necessary.

   IT IS HEREBY STIPULATED BY THE PARTIES that the following changes shall be made to the discovery deadline dates:

| | | |
|---|---|---|
| 1. | Expert Witness Disclosures: | May 19, 2006 |
| 2. | Depositions of Non-Expert Witnesses: | May 26, 2006 |
| 3. | Depositions of Expert Witnesses: | June 2, 2006 |

The above changes to the parties' discovery plan do not alter the August 7, 2006 trial date and the parties agree that these changes will not be raised as a basis for any subsequent request for a trial continuance.

DATED: May 3, 2006

SEYFARTH SHAW LLP

By _____
KARI ERICKSON LEVINE
Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC. and
KAISER FOUNDATION HOSPITALS

DATED: May 3, 2006

PAUL L. REIN
PATRICIA BARBOSA
JULIE MCLEAN
LAW OFFICES OF PAUL L. REIN

By _____
Attorneys for Plaintiff
JOHN MANNICK

3

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF DATE FOR NON-EXPERT DEPOSITIONS, EXPERT DISCLOSURES AND EXPERT DEPOSITIONS                    CASE NO. C03-5905 PJH

SF1 28236722.1

# ORDER

The Stipulation of the parties adopting changes to the discovery plan as set forth in the foregoing Stipulation is hereby accepted by the Court as part of its Case Management Order and the parties are ordered to comply with this Order.

Dated: 5/11/06 _____

IT IS SO ORDERED

Judge Phyllis J. Hamilton

4

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF DATE FOR NON-EXPERT DEPOSITIONS, EXPERT DISCLOSURES AND EXPERT DEPOSITIONS
CASE NO. C03-5905 PJH

SF1 28236722.1

# CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, California 94105.

On May 3, 2006, I served the following documents:

**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF DATE FOR NON-EXPERT DEPOSITIONS, EXPERT DISCLOSURES AND EXPERT DEPOSITIONS]**

[X] (BY U.S. MAIL – CCP § 1013a(1)) I am personally and readily familiar with the business practice of Seyfarth Shaw LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon to be placed in the United States Postal Service at San Francisco, California.

[ ] (BY MESSENGER SERVICE – CCP § 1011) by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date by Wheels of Justice.

[X] (BY FACSIMILE – CCP § 1013(e)(f) I am personally and readily familiar with the business practice of Seyfarth Shaw LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of the addressee(s) at the number(s) listed below.

[ ] (BY OVERNIGHT MAIL – CCP § 1013(c)(d)) I am personally and readily familiar with the business practice of Seyfarth Shaw LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by _____ for overnight delivery.

[ ] (BY ELECTRONIC MAIL – CCP § 1010.6(c)) I am personally and readily familiar with the business practice of Seyfarth Shaw LLP for preparation and processing of documents in potable document format (PDF) for emailing, and I caused said document(s) to be prepared in PDF and then served by electronic mail to the undersigned.

On the following part(ies) in this action:

| Paul L. Rein, Esq.<br>Julie McLean, Esq.<br>LAW OFFICES OF PAUL L. REIN<br>200 Lakeside Drive, Suite A<br>Oakland, CA 94612<br>(510) 832-4787 | Gary Gwilliam<br>Gwilliam, Ivary, Chiosso, Cavalli & Brewer<br>1999 Harrison Street, Suite 1600<br>Oakland, CA 94612-3528<br>(510) 832-1918 |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 3, 2006, at San Francisco, CA, California.

*Annette C Chatham*
Annette C. Chatham

-1-

Proof of Service
SF1 28236932.1

Case No. C 03-5905 PJH