UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN MANNICK,

    Plaintiff,

v.

KAISER FOUNDATION
HEALTH PLAN, INC., et al.,

    Defendants.
_____/

No. C 03-05905 PJH

ORDER FOLLOWING
SETTLEMENT CONFERENCE

On June 12, 2006, I hosted a settlement conference in this case. The parties appeared in person and were represented by counsel.

The first matter discussed, on my initiative, was whether it would be appropriate for me to act both as the host of settlement negotiations related to compliance with the consent decree and as the decision-maker in disputes about compliance that cannot be resolved by negotiation. Under the terms of the consent decree, disputes about compliance were to be submitted to me for decision. After giving the parties an opportunity to address this matter, I decided that I was not comfortable wearing both a settlement hat and a power hat with respect to compliance matters, so I asked the parties to make an election. They elected to have me host settlement negotiations and to have disputes about compliance that needed to be litigated referred back to the District Judge. Thus, as a group, we decided that

because I would host settlement negotiations in this subject area I would be deemed "unavailable" (as that term is used in the consent decree) to rule on compliance disputes.

After agreeing about which role I should play, we proceeded for some three hours to explore the possibility of resolving by negotiation the disputes that have arisen about compliance with the consent decree and to see if the parties could agree on a new set of deadlines for completing the work contemplated in that decree. At the end of this period, I concluded that both parties were addressing these matters in good faith, but that they could not reach agreement. In short, disposition of the compliance issues could not be achieved by settlement. Through their efforts with me, the parties have satisfied the meet and confer requirements that are imposed by the consent decree – and are free to pursue motion activity in this arena. I will play no role and be a source of no evidence in resolving any motions that are presented to the District Judge about compliance.

Counsel for either party may contact me by phone or letter if there is an interest in further pursuing settlement negotiations about any aspect of this litigation.

IT IS SO ORDERED.

Dated: June 13, 2006

*/s/ Wayne D. Brazil*

WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
    All parties, PJH,
    WDB, Stats