UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN MANNICK,

    Plaintiff,

    v.

KAISER FOUNDATION HEALTH PLAN, INC., et al.,

    Defendants.

No. C 03-5905 PJH

**ORDER SETTING BRIEFING SCHEDULE**

    Defendants shall file a response to plaintiff's request for leave to file a motion for reconsideration no later than Friday, July 21, 2006.  Because of the limited time available to the court to decide the motion, defendants shall address both the request for leave to file the motion and the substance of plaintiff's arguments in support of reconsideration.  Any reply to the opposition shall be filed no later than Monday, July 24, 2006.  The court will issue a written decision on the papers.

**IT IS SO ORDERED.**

Dated: July 11, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge