UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN MANNICK,

    Plaintiff,

    v.

KAISER FOUNDATION HEALTH PLAN, INC., et al.,

    Defendants.
_____/

No. C 03-5905 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Joseph C. Spero for a report and recommendation on plaintiff's application for an order to show cause for contempt against defendants for failure to comply with the consent decree and order re injunctive relief.

The settlement discussions that resulted in the agreement that forms the basis of the consent decree and order (docket No. 36) were conducted by Magistrate Judge Wayne D. Brazil. In agreeing to the terms of the injunctive relief, the parties "agree[d] to submit any motion for enforcement or relief of any terms of [the] [c]onsent [d]ecree" to Judge Brazil, or to the court in the event that Judge Brazil "is not available." Consent Decree and Order, Attachment A, at 1.

On June 12, 2006, Judge Brazil conducted a further settlement conference, in which he discussed with the parties "whether it would be appropriate for [him] to act both as the host of settlement negotiations related to compliance with the consent decree and as the decision-maker in disputes about compliance that cannot be resolved by negotiation." Order Following Settlement Conference, filed June 13, 2006, at 1. Judge Brazil determined that it was not, and the parties elected to have him host settlement negotiations and refer

disputes about compliance back to the undersigned judge.

Because Judge Spero was previously assigned the task of resolving discovery disputes in this case, and therefore is familiar with many of the substantive issues, the court finds that he is best positioned to hear the parties' arguments with regard to the compliance dispute.  Because the parties specifically consented to have Judge Brazil resolve these issues, but have not consented to any other magistrate judge, the court refers this matter to Judge Spero for a report and recommendation only.

The parties will be advised of the date, time, and place of any appearance by notice from Judge Spero's clerk.

**IT IS SO ORDERED.**

Dated:  July 14, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge