UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MANNICK, | Case No. C 03-05905 PJH |
| Plaintiff, | |
| v. | **ORDER RE: DEPOSITION OF JUDY ROWE** |
| KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and DOES 1-50, inclusive, | |
| Defendants. | |

On July 21, 2006, this court conducted a hearing on the parties' "Joint Letter to Court Regarding Deposition of Judy Rowe," filed July 19, 2006. The court continues the hearing on this matter. Within two court days after Judge Hamilton issues an order regarding plaintiff's motion for leave to file request for reconsideration, the parties are to meet and confer, and file a joint letter to this court regarding witness Judy Rowe's deposition. The letter shall indicate what issues, if any, remain, and the parties' position on each issue. The court will then decide the steps on the issues and schedule a further hearing if necessary.

Dated:   7/21/06

_____
JOSEPH C. SPERO
United States Magistrate Judge