UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN MANNICK,

    Plaintiff,

    v.

KAISER FOUNDATION HEALTH PLAN, INC., et al.,

    Defendants.

No. C 03-5905 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Joseph C. Spero for a report and recommendation on defendants' motion to modify the terms of the consent decree.

The parties will be advised of the date, time and place of any appearance by notice from Judge Spero's clerk.

**IT IS SO ORDERED.**

Dated: August 25, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge