PAUL L. REIN, Esq. (SBN 43053)
PATRICIA BARBOSA, Esq. (SBN 125865)
JULIE MCLEAN, Esq. (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001

GWILLIAM IVARY CHIOSSO CAVALLI & BREWER
J. Gary Gwilliam (State Bar No. 33430)
1999 Harrison St., Suite 1600
Oakland, CA 94612
Telephone: (510) 832-5411
Facsimile: (510) 832-1918

Attorneys for Plaintiff:
JOHN MANNICK

SEYFATH SHAW LLP
Janine Simerly, Esq. (State Bar No. 102361)
Kari Erickson Levine, Esq. (State Bar No. 146101)
560 Mission Street, Ste. 3100
San Francisco, CA 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC. and
KAISER FOUNDATION HOSPITALS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MANNICK,<br><br>　　Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and DOES 1-50, Inclusive,<br><br>　　Defendants.<br>_____/ | CASE NO. C03-5905 PJH<br><u>Civil Rights</u><br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR FURTHER RESPONSE ON MOTION FOR CONTEMPT/MODIFICATION RE CONSENT DECREE**<br><br>Hon. Joseph C. Spero<br>No Hearing Date Set |

　　Plaintiff JOHN MANNICK, by and through his attorneys of record, and Defendants

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stip and Order to Continue: Case No. C03-5905 PJH**

— 1 —

s:\jm\cases\k\kaiser\pleadings\stip for extention on consent decree enforcement response.doc

KAISER FOUNDATION HEALTH PLAN, INC. and KAISER FOUNDATION HOSPITALS, by and through their attorneys of record, hereby agree and stipulate that plaintiff's deadline be extended two court days for filing plaintiff's response to defendants' declaration ordered by Magistrate Judge Spero as part of contempt/modification re consent decree.  The parties agree that plaintiff may file his response to the supplemental declaration on or before November 21, 2006.

Good cause exists for the extensions set forth below for the following reasons:

1.	On November 3, 2006, plaintiff's motion for contempt and defendants' motion for modification of the consent decree came on for hearing.  The Court ordered that defendants file a supplemental declaration on November 10, 2006, and plaintiff file a response to defendants' supplemental declaration on November 17, 2006.  Defendants filed a supplemental declaration of Judy Rowe on November 10, 2006.

2.	However, plaintiff's counsel Patricia Barbosa, who participated in all of the injunctive relief and consent decree negotiations on behalf of plaintiff, and whose participation is necessary in drafting plaintiff's response, is out of town conducting depositions all this week.

3.	Additionally, plaintiff has just learned that his expert Peter Margen is out of town until late this week.

4.	There are no hearing dates or any other deadlines in this case which would be affected by this extension.

5.	However, defendants' counsel Kari Levine will be out of the country during the week of November 20th, so if the court desires any further response by defendants, the parties agree and request that such response be due on or after December 1, 2006.

Dated: November 14, 2006	PAUL L. REIN
	PATRICIA BARBOSA
	JULIE MCLEAN
	LAW OFFICES OF PAUL L. REIN


	/s/ Julie McLean_____
	Attorneys for Plaintiff
	JOHN MANNICK

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stip and Order to Continue: Case No. C03-5905 PJH**

— 2 —

s:\jm\cases\k\kaiser\pleadings\stip for extention on consent decree enforcement response.doc

Dated:  November 14, 2006          SEYFATH SHAW LLP

By /s/_____
KARI ERICKSON LEVINE
Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC.
and
KAISER FOUNDATION HOSPITALS

## ORDER

Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that plaintiff's response to the supplemental declaration filed by defendants on November 10, 2006, will be filed no later than November 21, 2006.

The Court will notify the parties should the Court desire a reply from defendants to plaintiff's response, which reply will not be required before December 1, 2006.

Dated:    November 14, 2006

_____
HO?????????
U.S. ?????? JUDGE

(Judge Joseph C. Spero)

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stip and Order to Continue: Case No.
C03-5905 PJH**

— 3 —

s:\jm\cases\k\kaiser\pleadings\stip for extention on consent decree enforcement response.doc