1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                    NORTHERN DISTRICT OF CALIFORNIA
7
8
9  JOHN MANNICK,
10         Plaintiff,                          No. C 03-5905 PJH
11      v.                                     **ORDER ADOPTING REPORT AND RECOMMENDATION**
12 KAISER FOUNDATION HEALTH PLAN, INC., et al.,
13
        Defendants.
14 _____/

15      The court has reviewed Magistrate Judge 's Spero's report and recommendation re
16 plaintiff's application for order to show cause re contempt against defendants for failure to
17 comply with consent decree and order re injunctive relief; and report an recommendation re
18 defendants' motion for modification of consent decree re interior hospital room renovations,
19 filed December 1, 2006.  Neither plaintiff nor defendants have filed any objections to the
20 report and recommendation.
21      The court finds the report correct, well-reasoned and thorough, and adopts it in
22 every respect.  Accordingly, as set forth in the report, defendants are hereby ordered to
23 participate in compliance hearings, to be conducted by Magistrate Judge Spero, every four
24 months until all required work is completed.  The parties shall submit a joint status report
25 ten days prior to each hearing.  At such hearings, Judge Spero may also consider and
26 recommend any further remedies that are necessary, depending on the progress of the
27 construction.
28      Further, the consent decree is hereby modified to allow Kaiser to complete the

future construction in two phases, as detailed in the report and recommendation.  The first part of the construction, to begin as soon as the permits are issued, shall comprise one eighth-floor patient room and one roll-in shower/restroom on the tenth floor.  Construction on the second phase, comprising the second eighth-floor room and the remaining roll-in shower/restrooms, shall begin after completion of the first phase.  The court hereby incorporates by reference into this order the modifications to the consent decree that are set forth in the report.

**IT IS SO ORDERED.**

Dated:  December 18, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge