UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN MANNICK,

        Plaintiff(s),

    v.

KAISER FOUNDATION HEALTH PLAN, INC., ET AL.,

        Defendant(s).
_____/

No. C-03-5905 PJH (JCS)

**NOTICE OF REFERENCE; DATE, TIME AND PLACE OF STATUS CONFERENCE**

**(E-FILING CASE)**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The above matter has been referred to Magistrate Judge Joseph C. Spero for the purposes of conducting status conferences and hearings regarding Defendants' compliance with the December 1, 2006 consent decree.

    The first compliance status conference has been set for **April 20, 2007, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California. A joint status report shall be electronically filed and served **no later than April 10, 2007**.

    IT IS SO ORDERED.

Dated: December 19, 2006

                                            JOSEPH C. SPERO
                                            United States Magistrate Judge