PAUL L. REIN, Esq. (SBN 43053)
PATRICIA BARBOSA, Esq. (SBN 125865)
JULIE MCLEAN, Esq. (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001

Attorneys for Plaintiff:
JOHN MANNICK

SEYFARTH SHAW LLP
JANINE SIMERLY (State Bar No. 102361)
KARI ERICKSON LEVINE (State Bar No. 146101)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants:
KAISER FOUNDATION HEALTH PLAN, INC. and
KAISER FOUNDATION HOSPITALS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MANNICK<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.; KAISER FOUNDATION HOSPITALS, and DOES 1 - 50, Inclusive,<br><br>Defendants.<br> | CASE NO. C03-5905 PJH<br>Civil Rights<br><br>STIPULATION AND (PROPOSED) ORDER TO VACATE APRIL 20, 2007 HEARING OR IN THE ALTERNATIVE TO PERMIT TELEPHONE APPEARANCE BY PATRICIA BARBOSA AND PROPOSED ORDER<br><br>Date: April 20, 2007<br>Time: 9:30 a.m.<br>Judge: Hon. Magistrate Judge Spero<br>Dept.: Courtroom A, 15th Floor |

Plaintiff JOHN MANNICK and defendants KAISER FOUNDATION HEALTH PLAN, INC.; and KAISER FOUNDATION HOSPITALS (hereinafter, "Defendants"), by and

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

Stipulation and Order: Case No. C03-5905 PJH    1

1  through counsel, hereby submit a stipulation to vacate the hearing set for April 20, 2007 for the
2  First Four Month Status Conference concerning defendant's compliance with the modified
3  Consent Decree and Order. Good cause exists for vacating the April 20th hearing, or in the
4  alternative for permitting plaintiff's counsel Patricia Barbosa to appear by telephone.

6      1.    The Court ordered that the parties submit a Joint Status Report on the
7  status of defendant's compliance with the Court's modified Consent Decree. The parties have
8  submitted their Joint Status Report. The parties do not have any outstanding disagreement as to
9  the status of defendant's work.

10     2.    The parties have reached an agreement on plaintiff's concerns regarding
11 defendant's compliance with the terms for providing patient parking for the subject medical
12 facilities, and plaintiff's expert has signed off on defendant's proposed modification for the
13 parking and path of travel from the parking to the Kaiser Hospital. Further, the parties have
14 reached an agreement on modifications to the transfer policy for hospital patients wishing to be
15 transferred to accessible Kaiser hospital facilities pending completion of hospital renovations
16 for accessible facilities. There are not outstanding issues that the parties need to raise before
17 the Court at this time.

18     3.    Plaintiff's counsel Patricia Barbosa now resides in Southern California
19 and would have to travel to San Francisco to attend the April 20, 2007 status conference. The
20 parties wish to avoid the time and expense of having Ms. Barbosa travel to San Francisco to
21 attend a hearing in which the parties do not have any outstanding issues to present to the Court.

22 Therefore, the parties request that the Court vacate the April 20th hearing, or in
23 the alternative permit plaintiff's counsel, Patricia Barbosa, to attend the hearing by telephone.
24 ///
25 ///
26 ///

LAW OFFICES OF
PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612-3503
(510) 832-5001

Stipulation and Order: Case No. C03-5905 PJH      2

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

1 DATED: April 17, 2007          PAUL L. REIN
                                 PATRICIA BARBOSA
2                                JUILE MCLEAN
                                 LAW OFFICES OF PAUL L. REIN
3
                                 /s/ Julie McLean
4
                                 Attorneys for Plaintiff
5                                JOHN MANNICK

6

7 Dated: April 17, 2007          JANINE SIMERLY
                                 KARI ERICKSON LEVINE
8                                SEYFORTH & SHAW LLP

9

10                               Attorneys for Defendants
                                 KAISER FOUNDATION HEALTH PLAN, INC.;
11                               KAISER FOUNDATION HOSPITALS

Stipulation and Order: Case No. C03-5905 PJH                     3

## ORDER

FOR GOOD CAUSE SHOWN; the Court hereby vacates the First Four Month Status Conference.

FOR GOOD CAUSE SHOWN; the Court hereby permits Patricia Barbosa to attend the status conference by telephone. Plaintiff to call the Court to arrange the telephone appearance.

~~IT IS SO ORDERED.~~

~~DATED:~~ _____

~~HON. JOSEPH SPERO~~
~~U.S. MAGISTRATE JUDGE~~

IT IS HEREBY ORDERED THAT the Status Conference Re: Compliance shall be continued to August 17, 2007, at 1:30 p.m. The parties shall file an updated joint status statement by August 10, 2007.

Dated: April 19, 2007

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]*

Stipulation and Order: Case No. C03-5905 PJH

4

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001