United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN MANNICK,

    Plaintiff,

    v.

KAISER FOUNDATION HEALTH PLAN, INC., et al.,
    Defendants.
_____/

No. C 03-5905 PJH

**ORDER VACATING HEARING DATE**

The court is in receipt of the parties' request for a continuance of the date for the hearing on plaintiff's motion for attorney's fees for the Law Offices of Paul Rein. The court has reviewed the papers and finds the motion to be appropriate for decision without oral argument.

Accordingly, the court will decide the motion on the papers. The date for the hearing on the motion, previously set for June 13, 2007, is VACATED. The parties will complete the briefing on the motion as agreed in their stipulation filed May 15, 2007.

Once the motion is fully briefed, the court will prepare and issue a written order covering both the motion for fees for the Rein firm, and the pending motion for fees for the Gwilliam Ivary firm.

**IT IS SO ORDERED.**

Dated: May 18, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge