UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN MANNICK,

    Plaintiff,

    v.

KAISER FOUNDATION HEALTH PLAN, INC., et al.,

    Defendants
_____/

No. C 03-5905 PJH

**ORDER DIRECTING ADMINISTRATIVE CLOSURE**

    Plaintiff's claims in this case having been resolved through entry of the consent decree on September 20, 2005; the stipulated settlement and order, signed on August 4, 2006; and the order re plaintiff's motions for attorney's fees on September 28, 2007, the court finds that the case should be administratively terminated.

    Accordingly, the clerk shall close the file. The parties shall continue to participate in compliance hearings, as directed in the December 18, 2006, order adopting Magistrate Judge Spero's report and recommendation, and the remaining provisions of that order shall remain in effect.

**IT IS SO ORDERED.**

Dated: September 28, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge