UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN MANNICK,

    Plaintiff(s),

v.

KAISER FOUNDATION HEALTH PLAN, INC., ET AL,

    Defendant(s).

Case No. C-03-05905 JCS

**FURTHER CASE MANAGEMENT AND PRETRIAL ORDER AND AMENDMENT TO SCHEDULE UNDER CONSENT DECREE**

Following a Third Compliance Status Conference held on **December 14, 2007,**

IT IS HEREBY ORDERED THAT

1. The parties stipulate and consent, under 28 U.S.C. § 636 (c) that Judge Spero may amend the Consent Decree that Phase 2 work shall commence by June 1, 2008. By this Order the Consent Decree is so modified.

2. A Fourth Compliance Status Conference is set for **April 25, 2008, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: December 18, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge